**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-0103 |
| | § | |
| GO LOGISTICS, INC. and | § | |
| J. TERRY REESOR, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM AND ORDER**

Plaintiff Financial Federal Credit Inc. has filed a motion for entry of default and for default judgment against defendants Go Logistics, Inc. and J. Terry Reesor. Both defendants have been served but have failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default proper.

Financial Federal Credit Inc. has filed affidavits and exhibits in support of its claims for actual damages and reasonable attorney fees. Financial Federal Credit Inc. has also sent the defendants notice of the motion for entry of default and default judgment. Further notice or hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P.

Financial Federal Credit Inc. has established its entitlement to default judgment against Go Logistics, Inc. and J. Terry Reesor, jointly and severally, in the amount of $499,624.22; prejudgment interest at the contractual rate of 18 % per annum from August 29, 2008 to March 17, 2009, in the amount of $49,962.42, plus additional prejudgment interest from March 18, 2009 to the date judgment is entered at the rate of $249.81 per day; postjudgment interest at the contractual rate of 18% per annum; and costs of court.

Judgment also issues for possession of the following equipment:

| Quantity | Year | Model | Description of Collateral | Serial Number |
|---|---|---|---|---|
| 1 | 2005 | Utility 53 x 102 | Dry Van Trailer | 1UYVS25335P555815 |
| 1 | 2005 | Utility 53 x 102 | Dry Van Trailer | 1UYVS25335P525603 |
| 1 | 2006 | Utility 53 x 102 | Dry Van Trailer | 1UYVS25356P676217 |
| 1 | 2006 | Utility 53 x 102 | Dry Van Trailer | 1UYVS25396P761304 |
| 1 | 2006 | Utility 53 x 102 | Dry Van Trailer | 1UYVS25316P998711 |

Financial Federal Credit Inc.'s motion for default judgment is granted.

SIGNED on April 23, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge