**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| FINANCIAL FEDERAL CREDIT INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-0103 |
| | § | |
| GO LOGISTICS, INC. and | § | |
| J. TERRY REESOR, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the entry of default, judgment is entered in favor of the plaintiff Financial Federal Credit Inc. and against defendants Go Logistics, Inc. and J. Terry Reesor.  The defendants are  liable jointly and severally to pay Financial Federal Credit Inc., as follows:

a. damages in the amount of  $499,624.22;

b. prejudgment interest at the contractual rate of 18 % per annum from August 29, 2008 through March 17, 2009, in the amount of $49,962.42, plus additional prejudgment interest from March 18, 2009 to the date judgment is entered at the rate of $249.81per day;

c. postjudgment interest at the contractual rate of 18 % per annum; and

d. costs of court.

Judgment also issues for possession of the following equipment:

| Quantity | Year | Model | Description of Collateral | Serial Number |
|---|---|---|---|---|
| 1 | 2005 | Utility 53 x 102 | Dry Van Trailer | 1UYVS25335P555815 |
| 1 | 2005 | Utility 53 x 102 | Dry Van Trailer | 1UYVS25335P525603 |
| 1 | 2006 | Utility 53 x 102 | Dry Van Trailer | 1UYVS25356P676217 |
| 1 | 2006 | Utility 53 x 102 | Dry Van Trailer | 1UYVS25396P761304 |
| 1 | 2006 | Utility 53 x 102 | Dry Van Trailer | 1UYVS25316P998711 |

This is a final judgment.

SIGNED on April 23, 2009, at Houston, Texas.

                                     _____
                                            Lee H. Rosenthal
                                       United States District Judge